ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

NOEL M. HERNANDEZ, CA Bar No. 310521
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Facsimile: 702-369-6888

Attorneys for Defendant
GAINWELL TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE BATCHELDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAINWELL TECHNOLOGIES, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:24-cv-08140-CAS (AGRx)<br><br>**JOINT NOTICE REGARDING SETTLEMENT**<br><br>Complaint Filed: September 23, 2024<br>Complaint Served: September 27, 2024<br>Current response date: October 18, 2024<br>New response date: November 18, 2024<br>District Judge: Hon. Consuelo B. Marshall<br>  Courtroom 8D, Los Angeles<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br>  Courtroom 550, Los Angeles |

Kevin J. Stoops, Esq., CA Bar No. 332200
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
1801 Century Park East, Ste. 860
Los Angeles, CA 90067
Telephone: 310-579-0600

Attorney for Plaintiff
JEANNE BATCHELDER

Plaintiff Jeanne Batchelder ("Plaintiff") and Defendant Gainwell Technologies, Inc. ("Defendant") hereby provide notice that they have reached a settlement. Plaintiff and Defendant are currently in the process of preparing the settlement paperwork, and Plaintiff and Defendant intend to file a stipulation of dismissal with prejudice once the settlement process is complete.

DATED: November 18, 2024                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Noel M. Hernandez*
Alexander M. Chemers
Noel M. Hernandez

Attorneys for Defendant
GAINWELL TECHNOLOGIES, LLC

DATED:  November 18, 2024               SOMMERS SCHWARTZ, P.C.

By: /s/ *Kevin J. Stoops*
Kevin J. Stoops

Attorney for Plaintiff
JEANNE BATCHELDER

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Noel M. Hernandez, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  Novemeber 18, 2024              By: /s/ *Noel M. Hernandez*