Kevin J. Stoops (State Bar #332200)
SOMMERS SCHWARTZ, P.C.
1801 Century Park East, Ste. 860
Los Angeles, CA 90067
Telephone: (310) 579-0600
Email: kstoops@sommerspc.com

Attorneys for Plaintiff JEANNE BATCHELDER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE BATCHELDER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GAINWELL TECHNOLOGIES, LLC, a California limited liability company, <br><br> Defendant. | Case No: 2:24-cv-8140-CBM-AGR <br><br> Hon. Consuelo B. Marshall <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

NOW COME all Plaintiffs and Defendant and hereby stipulate to the dismissal of this action with prejudice. Each party to bear their own attorney fees and cost.

1

**STIPULATED DISMISSAL WITH PREJUDICE**

Respectfully submitted,

Dated: 3/25/2025

/s/ Kevin J. Stoops

Kevin J. Stoops (State Bar #332200)
SOMMERS SCHWARTZ, P.C.
1801 Century Park East, Ste. 860
Los Angeles, CA 90067
Telephone: (310) 579-0600
Email: kstoops@sommerspc.com

Attorneys for Plaintiff JEANNE BATCHELDER

Dated: 3/25/2025

/s/ Alexander M. Chemers (w/consent)

Alexander M. Chemers (CA Bar # 263726)
Noel M. Hernandez (CA Bar # 310521)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope St., Ste. 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800/(702) 369-6800
Email: alexander.chemers@ogletree.com
Email: noel.hernandez@ogletree.com

Attorneys for Defendant GAINWELL TECHNOLOGIES, LLC

**STIPULATED DISMISSAL WITH PREJUDICE**